ACCEPTED
12-14-00157-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/9/2015 1:54:09 PM
CATHY LUSK
CLERK

# ALBERT J. CHARANZA, JR.
## CHARANZA LAW OFFICE, P.C.

412 SOUTH FIRST STREET
POST OFFICE BOX 1825
LUFKIN, TEXAS 75902
PHONE: (936) 634-8568    FAX: (936) 634-0306
alcharanza@consolidated.net
BOARD CERTIFIED-CRIMINAL LAW AND CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

4/9/2015 1:54:09 PM

CATHY S. LUSK
Clerk

April 9, 2015

Demarkus Brown, #01649376
Bill Clements Unit
9601 Spur 591
Amarillo, Texas 79107

CERTIFIED MAIL
RETURN RECIRPT REQUESTED
#7012 2210 0001 8762 2562

RE:    Cause No. 12-14-00157-CR in the 12th Court of Appeals, Tyler Texas
In the Matter of D.A.B., a juvenile; Trial Court Cause No. JV-3647-AA
County Court at Law No. One, Angelina County, Texas

Dear Demarkus:

Enclosed is a copy of the Memorandum Opinion received from the Twelfth Court of Appeals wherein the decision of the trial court denying your writ of habeas was affirmed.

Under Rule 68, Texas Rules of Appellate Procedure, a Petition for Discretionary Review can be filed with the Texas Court of Criminal Appeals within thirty days of the court's decision or May 8, 2015. The Texas Court of Criminal Appeals is the highest court in Texas. The court reviews whether **legal** errors occurred in your case. I will submit written issues or questions to this court for further review.

I will file the Petition for Discretionary Review, on or before May 8, 2015 with the Clerk of the Court of Criminal Appeals, Post Office Box 12308, Austin, Texas 78711.

Sincerely,

Albert J. Charanza, Jr.

CC:    Cathy S. Lusk, Clerk                                   E-file
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

Sharricka Calvin
P.O. Box 2115
Lufkin, Texas 75902

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Demarkus Brown, # 01649376
Bill Clements unit
9601 Spur 591
Amarillo, TX 79107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 2210 0001 8762 2562

PS Form 3811, July 2013   Domestic Return Receipt

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage   $   .69

Certified Fee   3.30

Return Receipt Fee
(Endorsement Required)   2.70

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $   6.69

Sent To
Demarkus Brown # 01649376
Street, Apt. No.;
or PO Box No.   Bill Clements unit
City, State, ZIP+4   9601 Spur 591, Amarillo, TX 79107

PS Form 3800, August 2006

7012 2210 0001 8762 2562